In the Matter of the Claim of WILLIAM A. SLADE. SAMUEL JACOBS, Doing Business as DEPENDABLE SILK COMPANY, Appellant; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.

All concur.

In the Matter of BOARD OF EDUCATION OF CENTRAL SCHOOL DISTRICT No. 1 OF THE TOWN OF SHAWANGUNK AND OTHER TOWNS IN ULSTER COUNTY, AND NEWBURGH AND MONTGOMERY IN ORANGE COUNTY, Appellant. EDWARD E. MURRAY et al., Constituting the Town Board of the Town of Shawangunk, Respondents. (1941 Proceeding.) In the Matter of BOARD OF EDUCATION OF CENTRAL SCHOOL DISTRICT No. 1 OF THE TOWN OF SHAWANGUNK AND OTHER TOWNS IN ULSTER COUNTY, AND NEWBURGH AND MONTGOMERY IN ORANGE COUNTY, Appellant. EDWARD E. MURRAY et al., Constituting the Town Board of the Town of Shawangunk, Respondents. (1942 Proceeding.)

All concur.

MONGAUP VALLEY COMPANY, INC., et al., Appellants, v. BETHLEHEM ENGINEERING EXPORT CORPORATION et al., Respondents.

All concur.